Karl N. DISALVO, Jr., Defendant Below, Appellant,

v.

FINANCIAL PACIFIC LEASING, INC., Plaintiff Below, Appellee.

No. 146, 2017

Supreme Court of Delaware.

Submitted: September 15, 2017
Decided: November 21, 2017
Reargument Denied December 15, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. S16C–11–020

AFFIRMED.

Michael PARSONS, Defendant–Below, Appellant,

v.

STATE of Delaware, Plaintiff–Below, Appellee.

No. 81, 2017

Supreme Court of Delaware.

Submitted: November 15, 2017
Decided: November 29, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1605002632A

AFFIRMED.

Arthur TORRES, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 263, 2017

Supreme Court of Delaware.

Submitted: November 20, 2017
Decided: November 29, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1608013559 (N)

AFFIRMED.

James COPPEDGE, Defendant Below–Appellant,

v.

US BANK NATIONAL ASSOCIATION, Plaintiff Below–Appellee.

No. 448, 2017

Supreme Court of Delaware.

Submitted: November 2, 2017
Decided: November 29, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. K11L–02–042

DISMISSED.